```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Entral Group International, L.L.C.,

                         Plaintiff,          05-CV-1655 (CPS)

        - against -
                                             ORDER
New York One Café Inc., and Zhi Yong Su,

                         Defendants.

-----------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Pohorelsky dated March 5, 2007, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by April 5, 2007, both a revised proposed judgment and an order of seizure and forfeiture consistent with Magistrate Judge Pohorelsky's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :  Brooklyn, New York
         March 20, 2007


                    By: /s/ Charles P. Sifton (electronically signed)
                                United States District Judge